IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CATHERINE C. LOWE

CASE NUMBER: 22-10664

MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULES

**COMES NOW**, Sarah A. Baker, attorney of record in the above numbered and styled case and files this her motion for Extension of Time to File Schedules and attaches hereto and incorporates herein a sworn factual affidavit showing good cause.

1. Movant would request an additional fourteen (14) days from the deadline of April 13, 2022 in order to file the deficiency balance of Debtor's forms and schedules, more specifically, Schedules A - J, Declaration of Schedules, Attorney Disclosure Statement, Summary of Schedules, Statement of Current Monthly Income and Disposable Income Calculation Form 122C (122C-2 if applicable), Statement of Financial Affairs and Chapter 13 Plan or in the alternative, convert Debtor's current case to a Chapter 7 Bankruptcy.

**WHEREFORE**, premises considered, your Movant prays that the Clerk of this Court receive and file this her Motion for Extension of Time to File Schedules and that upon consideration of this Court, the Court enter and Order granting the relief sought.

Respectfully submitted this the 12th day of April, 2022.

By: /s/ Sarah A. Baker
C. Gaines Baker (8643)
Sarah A. Baker (105797)

C. Gaines Baker & Associates, LLC
Attorneys at Law
136 Public Square
C.G. Baker Building, Suite One
Batesville, MS 38606
(662) 563-9385

# Affidavit

STATE OF MISSISSIPPI
COUNTY OF PANOLA

We, the undersigned Catherine C. Lowe, Debtor, and Sarah A. Baker, attorney for Debtor, do hereby swear and affirm, as a result of numerous meetings, have been unable to yet obtain and/or provide all required information and/or documents necessary to accurately complete the required schedules now due. Furthermore, as a result of said meetings and analysis of the Debtor's circumstances, she desires to seek additional information regarding the possibility of converting this case to a Chapter 7. In either event, the requested fourteen (14) days would allow for either the complection of the Chapter 13 schedules or a Chapter 7 Conversion.

Witness my signature this the 12th day of April, 2022.

*Catherine C. Lowe* (signature)
**Catherine C. Lowe**

*Sarah A. Baker* (signature)
**Sarah A. Baker**

Sworn to and subscribed under my hand and seal this the 12th day of April, 2022.

*Kathy Edgeworth* (signature)
Notary

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 122064, KATHY EDGEWORTH, Commission Expires Nov. 2, 2025, PANOLA COUNTY]